| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: <br> DISTRICT OF DISTRICT OF COLUMBIA |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | **Debtor's name** | Across the Pond, LLC |
| --- | --- | --- |

| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| --- | --- | --- |

| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-5035894 |
| --- | --- | --- |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- |
| 1732 & 1734 Connecticut Ave Nw <br> Washington, DC 20009 <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| District of Columbia <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | acrossthepondddc.com |
| --- | --- | --- |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Across the Pond, LLC             Case number (*if known*) _____
       Name

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

Debtor   Across the Pond, LLC                                      Case number (*if known*) _____
         Name

---

**11. Why is the case filed in *this district?***   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Across the Pond, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 28, 2024
MM / DD / YYYY

**X** /s/   Michael Waters                              Michael Waters
Signature of authorized representative of debtor         Printed name

Title   Principal Owner

**18. Signature of attorney**   **X** /s/ Jeffery T. Martin,, Jr.                  Date   May 28, 2024
Signature of attorney for debtor                              MM / DD / YYYY

Jeffery T. Martin,, Jr. VA71860
Printed name

Martin Law Group PC
Firm name

8065 Leesburg Pike
Suite 750
Vienna, VA 22182
Number, Street, City, State & ZIP Code

Contact phone   (703) 223-1822      Email address   jeff@martinlawgroupva.com

VA71860 DC
Bar number and State

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| ACROSS THE POND LLC; | ) | Case No. 24- |
| | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Chapter 11 |
| | ) | |

<u>STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION</u>

I, Michael Waters, declare under penalty of perjury that I am the managing member of

ACROSS THE POND LLC, and that the following is a true and correct copy of the resolutions

adopted by the managing members of said limited liability company at a special meeting duly

called and held on the 28th day of May 2024.

"Whereas, it is in the best interest of this limited liability company
to file a voluntary petition in the United States Bankruptcy Court
pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Michael Waters, managing member
of this limited liability company, is authorized and directed to
execute and deliver all documents necessary to perfect the filing of
a Chapter 11 voluntary bankruptcy case on behalf of the limited
liability company; and

Be It Further Resolved, that Michael Waters, managing member of
this limited liability company is authorized and directed to appear
in all bankruptcy proceedings on behalf of the limited liability
company, and to otherwise do and perform all acts and deeds and
to execute and deliver all necessary documents on behalf of the
limited liability company in connection with such bankruptcy case,
and

Be It Further Resolved, that Michael Waters, of this limited
liability company is authorized and directed to employ Jeffery T.
Martin, Jr., attorney and the law firm of Martin Law Group PC to
represent the limited liability company in such bankruptcy case."

Date Signed:  May 28, 2024                    Michael Waters
                                              Michael Waters, managing member

**Resolution of Managing Members**
**of**
**ACROSS THE POND LLC**

Whereas, it is in the best interest of this limited liability company to file a voluntary

petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United

States Code;

Be It Therefore Resolved, that Michael Waters, managing member of this limited liability

company, is authorized and directed to execute and deliver all documents necessary to perfect the

filing of a Chapter 11 voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that Michael Waters, managing member of this limited liability

company is authorized and directed to appear in all bankruptcy proceedings on behalf of the

limited liability company, and to otherwise do and perform all acts and deeds and to execute and

deliver all necessary documents on behalf of the limited liability company in connection with

such bankruptcy case, and

Be It Further Resolved, that Michael Waters, of this limited liability company is

authorized and directed to employ Jeffery T. Martin, Jr. and John E. Reid, attorneys and the law

firm of Martin Law Group P.C. to represent the limited liability company in such bankruptcy

case.


Date Signed:   May 28, 2024                Michael Waters
                                           Michael Waters, managing member

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Across the Pond, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BFPE Inernational Inc. 7512 Connelley Dr Hanover, MD 21076 | | | | | | $5,445.70 |
| Buck Head Meat and Seafood Mid Atlantic 1920 Stanford, Ct Hyattsville, MD 20785 | | | | | | $0.00 |
| Collections Company AGA 740 Walt Whitman Rd Melville, NY 11747 | | | | | | $0.00 |
| DawnMarie Doerr | | | | | | $13,512.46 |
| EIDL Loan Department of the Treasury 200 CrossKeys Office Park Fairport, NY 14450 | | | | | | $719,232.16 |
| Jani King of Washington DC, Inc P O Box 741360 Atlanta, GA 30384 | | | | | | $10,500.00 |
| Pepco P.O Box 13608 Philadelphia, PA 19101 | | | | | | $10,593.00 |
| Pepco P.O Box 13608 Philadelphia, PA 19101 | | | | | | $4,653.61 |
| Travelers Insurance-Credit Collection 725 Canton Street Norwood, MA 02062 | | | | | | $17,015.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Across the Pond, LLC
_____
      Name

Case number *(if known)*    _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Travelers Insurance-Leviton Law Firm,LTD One Pierce Place Drive Itasca, IL 60143 | | | | | | $5,107.36 |

BFPE Inernational Inc.
7512 Connelley Dr
Hanover, MD 21076


Buck Head Meat and Seafood Mid Atlantic
1920 Stanford, Ct
Hyattsville, MD 20785


Collections Company AGA
740 Walt Whitman Rd
Melville, NY 11747


DawnMarie Doerr


EIDL Loan Department of the Treasury
200 CrossKeys Office Park
Fairport, NY 14450


Jani King of Washington DC, Inc
P O Box 741360
Atlanta, GA 30384


Pepco
P.O Box 13608
Philadelphia, PA 19101


Travelers Insurance-Credit Collection
725 Canton Street
Norwood, MA 02062


Travelers Insurance-Leviton Law Firm,LTD
One Pierce Place Drive
Itasca, IL 60143

# United States Bankruptcy Court
### District of District of Columbia

In re    Across the Pond, LLC                                                    Case No.
                                    Debtor(s)                          Chapter        11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Across the Pond, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [*Check if applicable*]

May 28, 2024
Date

/s/ Jeffery T. Martin,, Jr.
Jeffery T. Martin,, Jr. VA71860
Signature of Attorney or Litigant
Counsel for   Across the Pond, LLC
Martin Law Group PC
8065 Leesburg Pike
Suite 750
Vienna, VA 22182
(703) 223-1822  Fax:
jeff@martinlawgroupva.com